**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2480**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE:<br><br>STEPHEN BONSICK | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No.: 09-20192 DHS<br><br>**SUPPLEMENTAL OBJECTION**<br>**TO CONFIRMATION**<br><br>Hearing Date: September 23, 2009 at 9:00 a.m. |

Marie-Ann Greenberg, the Chapter 13 Standing Trustee, by way of Objection to the Confirmation, respectfully objects as follows:

1. The plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. Section 1325(a)(4).

2. Upon information and belief, Debtor received a medical insurance check in excess of $30K within the past year, but did not pay his medical bill. This was not disclosed in the petition. The Trustee requests an explanation of where this money went.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated: September 10, 2009                                    By: \S\ Marie-Ann Greenberg
                                                                                  Marie-Ann Greenberg, Esq.
                                                                                  Chapter 13 Standing Trustee