**LAW OFFICES OF JOSEPH A. MASSOOD**
50 Packanack Lake Road
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Elite Orthopedic & Sports Medicine

|  |  |
|---|---|
| In re:<br><br>Stephen Bonsick,<br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NUMBER: 09-20192 (DHS)<br><br>CONFIRMATION HEARING DATE September 23, 2009 |

## OBJECTION TO CONFIRMATION
## BY UNSECURED CREDITOR
## ELITE ORTHOPEDIC & SPORTS MEDICINE

Elite Orthopedic & Sports Medicine, an unsecured creditor of the debtor, objects to the debtor's plan for the following reasons:

1. The debtor listed Elite Orthopedic & Sports Medicine as a creditor. However, the debtor did not list the monies received by him from his health insurance company, Horizon Blue Cross/Blue Shield of NJ on or about April 10, 2008 in the amount of $32,083.00. This check was to be signed over to Elite Orthopedic & Sports Medicine.

2. Debtor paid a personal check to Elite Orthopedic & Sports Medicine on or about April 25, 2008 in the amount of $3,000. The remaining balance of the check, $29,083.00 was never paid in fraudulently retained by debtor. The debtor has not indicated this amount anywhere in his Voluntary Petition.

3. Elite Orthopedic & Sports Medicine objects to the discharge of the entire debt owed and specifically, the $29,083.00 received and fraudulently retained by debtor.

4. To resolve this issue, the plan should state that the claim of Elite Orthopedic & Sports Medicine is unaffected by the plan and will not be discharged upon completion of the plan.

                                                /s/ Andrew R. Bronsnick
                                                ANDREW R. BRONSNICK, attorney for Elite Orthopedic & Sports Medicine

Dated:  September 10, 2009

Joseph A. Massood
Attorney at Law