| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>PINCK & PINCK, L.L.P.<br>LAWRENCE R. PINCK, ESQ.<br>LP6795<br>1115 Clifton Avenue<br>Clifton, New Jersey 07013<br>Telephone: (973)779-6799<br>Facsimile: (973)779-0067<br>Attorney for Debtor |
| In Re:<br><br>**STEPHEN BONSICK**<br><br>           **DEBTOR,** |

CASE NO.   09-20192

JUDGE: DONALD H. STECKROTH, U.S.B.J.

CHAPTER 13

---

### CERTIFICATION OF DEBTOR STEPHEN BONSICK

---

Stephen Bonsick, being of full age, hereby certifies as follows:

1. I am the debtor in the above captioned Chapter 13 case. I am making this certification in response to the Standing Trustee's inquiry concerning the disposition of certain insurance proceeds in the total amount of $32,083.00, paid to me by Horizon Blue Cross/Blue Shield Insurance Co. on or about April 10, 2008 in payment of a claim for medical services provided by Elite Orthopedic & Sports Medicine.

2. From the said insurance proceeds, I paid by personal check the total sum of $3,000.00 to Elite Orthopedic & Sports Medicine. I did not however use the balance of the funds for that purpose. Rather I offer the following explanation.

3. Unfortunately at the time I received these funds, I was suffering from severe depression as a result of the accidental death of my young son from a gunshot wound. Under the stress of this circumstance, I engaged in a pattern of reckless, self-destructive behavior involving gambling and

alcohol abuse. The balance of the insurance proceeds were spent on these activities.

4. It was only well after the funds were expended that I was able to get my life back under control. However, at that point, the damage had been done. All of those funds had been exhausted.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 27, 2010

_____
STEPHEN BONSICK