| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Chapter 13 Standing Trustee |
| In Re:<br><br>Stephen Bonsick |

Order Filed on 03/12/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 09-20192

Hearing Date: March 10, 2010

Judge: DONALD H. STECKROTH

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 03/12/2010**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

Debtor:  Stephen Bonsick

Case No. 09-2192 (DHS)

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having come before the Court on 03/10/2010 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan filed on 3/9/2010 is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s) must file a modified plan by 3/21/2010 or the case will be dismissed; and it is further

ORDERED AND DIRECTED, that the Debtor(s) must become current with plan payments by 3/21/2010 or the case will be dismissed.

*Approved by Judge Donald H. Steckroth March  12, 2010*